UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

YADIRA VALCARCEL,

    Plaintiff,

v.                                                                Case No.

PARKING MANAGEMENT SERVICES
OF MIAMI, INC., a Florida corporation,
THOMAS R. GIGLIOTTI, JR.,
Individually,

    Defendant.
_____/

# COMPOSITE EXHIBIT A

Filing # 103481644 E-Filed 02/18/2020 02:05:43 PM

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>YADIRA VALCARCEL</u>
Plaintiff
vs.
<u>PARKING MANAGEMENT SERVICES OF MIAMI INC, THOMAS R GIGLIOTTI Jr</u>
Defendant

## II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim rounded to the nearest dollar <u>$30,001</u>

## III. TYPE OF CASE

(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV.  REMEDIES SOUGHT** (check all that apply):
  ☒ Monetary;
  ☐ Non-monetary declaratory or injunctive relief;
  ☐ Punitive

**V.  NUMBER OF CAUSES OF ACTION:**
  (Specify)

  5

**VI.  IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐ Yes
  ☒ No

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ No
  ☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ Yes
  ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:  s/ Henry Hernandez
      Attorney or party
FL Bar No.: 542601
      (Bar number, if attorney)
      Henry Hernandez
      (Type or print name)
  Date:  02/18/2020

Filing # 103481644 E-Filed 02/18/2020 02:05:43 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.:2020-003748-CA-01

YADIRA VALCARCEL,

    Plaintiff,

v.

PARKING MANAGEMENT SERVICES OF MIAMI, INC.,
a Florida corporation,
THOMAS R GIGLIOTTI, JR.,
individually,

    Defendants.

_____/

## COMPLAINT

Plaintiff, Yadira Valcarcel ("Valcarcel"), under the Fair Labor Standards Act ("FLSA") and Florida common law, files this Complaint against Defendants, Parking Management Services of Miami, Inc. ("Parking Management") and Thomas R Gigliotti Jr. ("Gigliotti"), and alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages, in which the amount in controversy is in excess of Fifteen Thousand and No/100 ($15,000.00) Dollars, exclusive of interest, court costs and attorney's fees.

2. Parking Management is a Florida corporation, authorized to conduct and conducting business in Miami-Dade County, Florida.

3. Gigliotti is *sui juris*, a resident of nearby Broward County, Florida, and subject to the jurisdiction of this Court.

4. Valcarcel is *sui juris*, a resident of Miami-Dade County, Florida, and subject to the jurisdiction of this Court.

5. Venue is proper in this Court as the cause of action accrued in and the parties are located in Miami-Dade County, Florida.

6. Parking Management was, during all times material hereto, an enterprise engaged in commerce or in the production of goods for commerce as defined by the FLSA, 29 U.S.C. §§ 203(r)-(s).

7. Upon information and belief, Gigliotti was the president and had economic and day-to-day control of Parking Management, and of the nature and structure of Plaintiff's employment relationship, and was therefore an employer as defined by 29 U.S.C. § 203(d).

## GENERAL ALLEGATIONS

8. Plaintiff worked for Defendants for about three (3) years until May 28, 2019.

9. Plaintiff was employed as a valet parking attendant and worked at the Miami Airport Marriott.

10. Plaintiff worked between thirty-two (32) to forty (40) hours per week at a rate of $10 per hour.

11. Throughout Plaintiff's employment, Defendants routinely docked her time records by thirty (30) minutes each day and attributed it to her lunch break, even though she did not take lunch breaks and remained on duty.

## COUNT I
## MINIMUM WAGE/OVERTIME (FLSA) AGAINST PARKING MANAGEMENT

12. Plaintiff re-alleges the allegations in paragraphs one (1) through eleven (11) above.

13. This is an action against Parking Management for minimum wage/overtime in violation of the FLSA.

2

14. Parking Management unlawfully docked time from Plaintiff's paychecks on a routine basis.

15. Specifically, Parking Management routinely edited Plaintiff's time records by reducing thirty (30) minutes each day and attributing it to her "break," even though she did not take breaks and remained on duty during this time.

16. Plaintiff was not compensated at all for this time in which she remained on duty, in violation of the minimum wage provision of the FLSA.

17. Moreover, in the event that this time worked by Plaintiff for which she was not compensated resulted in her working over forty (40) hours in a given week, she was not paid at the appropriate overtime rate in violation of the FLSA.

18. As a result, Plaintiff is entitled to the wages unlawfully taken from her.

## COUNT II
## MINIMUM WAGE/OVERTIME (FLSA) AGAINST GIGLIOTTI

19. Plaintiff re-alleges the allegations in paragraphs one (1) through eleven (11) above.

20. This is an action against Gigliotti for minimum wage/overtime in violation of the FLSA.

21. Gigliotti unlawfully docked time from Plaintiff's paychecks on a routine basis.

22. Specifically, Gigliotti routinely edited Plaintiff's time records by reducing thirty (30) minutes each day and attributing it to her "break," even though she did not take breaks and remained on duty during this time.

23. Plaintiff was not compensated at all for this time in which she remained on duty, in violation of the minimum wage provision of the FLSA.

24. Moreover, in the event that this time worked by Plaintiff for which she was not compensated resulted in her working over forty (40) hours in a given week, she was not paid at the appropriate overtime rate in violation of the FLSA.

25. As a result, Plaintiff is entitled to the wages unlawfully taken from her.

## COUNT III
## MINIMUM WAGE – PROMPT PAYMENT (FLSA)
## AGAINST PARKING MANAGEMENT

26. Plaintiff re-alleges the allegations in paragraphs one (1) through eleven (11) above.

27. This is an action against Parking Management for failure to promptly pay wages in violation of the FLSA.

28. The FLSA requires that Parking Management have a regular pay period and make reasonably prompt payments in issuing pay for the work performed in the pay period.

29. The failure to "promptly pay" wages constitutes a minimum wage violation under the FLSA. *Olson v. Superior Pontiac-GMC, Inc.*, 765 F.2d 1570, 1579 (11th Cir. 1985) (modified 776 F.2d 265 (11th Cir. 1985)).

30. Because Plaintiff was not paid for her "break," which she did not actually take, Parking Management was unreasonably late in paying Plaintiff by not paying her full wages at all.

31. Parking Management willfully and intentionally failed to pay Plaintiff her full wages on time.

32. Parking Management did not have a reasonable objective belief that it was not required to pay Plaintiff her full wages routinely and on time.

33. As a result, Plaintiff has been damaged and is entitled to compensation.

34. the wages unlawfully taken from her.

## COUNT IV
## MINIMUM WAGE – PROMPT PAYMENT (FLSA)
## AGAINST GIGLIOTTI

35. Plaintiff re-alleges the allegations in paragraphs one (1) through eleven (11) above.

4

36. This is an action against Gigliotti for failure to promptly pay wages in violation of the FLSA.

37. The FLSA requires that Gigliotti have a regular pay period and make reasonably prompt payments in issuing pay for the work performed in the pay period.

38. The failure to "promptly pay" wages constitutes a minimum wage violation under the FLSA. *Olson v. Superior Pontiac-GMC, Inc.*, 765 F.2d 1570, 1579 (11th Cir. 1985).

39. Because Plaintiff was not paid for her "break," which she did not actually take, Gigliotti was unreasonably late in paying Plaintiff by not paying her full wages at all.

40. Gigliotti willfully and intentionally failed to pay Plaintiff her full wages on time.

41. Gigliotti did not have a reasonable objective belief that it was not required to pay Plaintiff her full wages routinely and on time.

42. As a result, Plaintiff has been damaged and is entitled to compensation.

## COUNT V
## UNPAID WAGES (FLORIDA COMMON LAW) AGAINST PARKING MANAGEMENT

43. Plaintiff re-alleges the allegations in paragraphs one (1) through eleven (11) above.

44. This is an action against Parking Management for unpaid wages under Florida common law.

45. Throughout Plaintiff's employment, Parking Management failed/refused to pay her for thirty (30) minutes of work each day.

46. As such, Plaintiff is owed unpaid wages for work she performed but for which she was not compensated for.

47. As a result, Plaintiff has been damaged and is entitled to compensation.

## PLAINTIFF'S DEMAND FOR JURY TRIAL

48. Plaintiff hereby demands a jury trial of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Yadira Valcarcel, respectfully requests that judgment be entered in her favor against Defendants Parking Management and Gigliotti, as follows:

(a) Permanently enjoining the Defendants, their agents, officers, and employees from engaging in all practices found by this Court to be in violation of the FLSA;

(b) Awarding Plaintiff damages against Defendants, for lost and withheld compensation;

(c) Awarding Plaintiff liquidated damages;

(d) Awarding Plaintiff reasonable attorney's fees, costs, interest, and expenses of this litigation pursuant to 29 U.S.C. § 216(b);

(e) Ordering any further relief that this Court may deem just and proper.

Respectfully submitted this 18th day of February 2020.

> By: /s/ Henry Hernandez
> Henry Hernandez, Esq.
> Florida Bar No. 542601
> Law Office of Henry Hernandez, P.A.
> 2655 S. Le Jeune Road, Suite 802
> Coral Gables, FL 33134
> Email: Henry@HHLAWFLORIDA.com
> Tel: 305.771.3374
>
> By: /s/ Monica Espino
> Monica Espino, Esq.
> Florida Bar No. 834491
> Espino Law
> 2655 S. Le Jeune Road, Suite 802
> Coral Gables, FL 33134
> Email: me@espino-law.com
> Tel: 305.704.3172

|  | IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
|---|---|
| YADIRA VALCARCEL, | GENERAL JURISDICTION DIVISION |
| Plaintiff, | CASE NO.: 2020-003748-CA-01 |
| v. |  |
| PARKING MANAGEMENT SERVICES OF MIAMI INC, a Florida corporation, THOMAS R GIGLIOTTI, JR., Individually., |  |
| Defendant. |  |
| _____ / |  |

## SUMMONS

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the Complaint in this action on Defendant:

**PARKING MANAGEMENT SERVICES OF MIAMI INC.,**
c/o its Registered Agent Glenn Scheuermann
101 E. Kennedy Blvd # 2700
Tampa, FL 33602

A lawsuit has been filed against you. You have **20 Calendar Days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney

right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written responses to the Plaintiff's Attorney named below:

HENRY HERNANDEZ, ESQ.
LAW OFFICE OF HENRY HERNANDEZ, P.A
Counsel for Plaintiff
2655 S. LeJeune Road, Suite 802
Tel. (305) 771-3374
Fax: (305) 723-9697

**TO THE STATE OF FLORIDA**

**TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.**

**DATED ON** 2/21/2020 , 2020.

Clerk of said Court

By: _____

Deputy Clerk

Filing # 103575181 E-Filed 02/19/2020 03:45:19 PM

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

YADIRA VALCARCEL,

    Plaintiff,

v.

PARKING MANAGEMENT SERVICES
OF MIAMI INC, a Florida corporation,
THOMAS R GIGLIOTTI, JR.,
Individually.,

    Defendant.

_____/

GENERAL JURISDICTION DIVISION

CASE NO.: 2020-003748-CA-01

## SUMMONS

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint in this action on Defendant:

    **THOMAS R. GIGLIOTTI JR.,**
    918 Gravier Street
    New Orleans, LA 70112

    A lawsuit has been filed against you. You have **20 Calendar Days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written responses to the Plaintiff's Attorney named below:

HENRY HERNANDEZ, ESQ.
LAW OFFICE OF HENRY HERNANDEZ, P.A
Counsel for Plaintiff
2655 S. LeJeune Road, Suite 802
Tel. (305) 771-3374
Fax: (305) 723-9697

**TO THE STATE OF FLORIDA**

**TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.**

**DATED ON** _2/21/2020_, 2020.

Clerk of said Court

By: _[signature]_
Deputy Clerk

# VERIFIED RETURN OF SERVICE

Job # 292663

**Client Info:**

LAW OFFICE OF HENRY HERNANDEZ, P.A.
HENRY HERNANDEZ, ESQUIRE.
2655 S. LEJEUNE ROAD, SUITE 802
CORAL GABLES, FL 33134

**Case Info:**

**PLAINTIFF:**
YADORA VALCARCEL
-versus-
**DEFENDANT:**
PARKING MANAGEMENT SERVICES OF MIAMI INC, A Florida
corporation, THOMAS R GIGLIOTTI, JR., individually

CIRCUIT COURT
Court Division: CIVIL
County of Miami-Dade, Florida
Court Case # **2020-003748-CA-01**

**Service Info:**

Date Received: **2/24/2020** at **04:42 PM**
Service: I Served **PARKING MANAGEMENT SERVICES OF MIAMI INC., c/o ITS REGISTERED AGENT GLENN SCHEUERMANN**
With: **SUMMONS; COMPLAINT;**
by leaving with **STEPHANIE LIEB, ESQUIRE, AUTHORIZED TO ACCEPT TO ACCEPT FOR DEFENDANT**

At Residence **101 E. KENNEDY BLVD #2700 TAMPA, FL 33602**

Latitude: **27.946883**
Longitude: **-82.459136**

On **2/25/2020** at **12:39 PM**
**Manner of Service: SUB/AUTHORIZED AGENT**
PROCESS HAS BEEN LEFT WITH AUTHORIZED AGENT FOR THE DEFENDANT

**Served Description: (Approx)**

Age: **40**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 4"**, Weight: **120**, Hair: **Blond** Glasses: **No**

I **NICOLE PADRO** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

*Nicole Padro*

**NICOLE PADRO**
Lic # **CPS #19-885400**

**BRICKELL COURIER SERVICES, INC**
P.O. BOX 01-1310
MIAMI, FL 33101

Job # 292663




1 of 1

Filing # 103575181 E-Filed 02/19/2020 03:45:19 PM

DATE: 2/25/2020 TIME: 12:39 PM
MILITARY: NA
MARITAL STATUS: NA

IN THE CIRCUIT COURT OF THE 11th JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

YADIRA VALCARCEL,

    Plaintiff,

v.

PARKING MANAGEMENT SERVICES
OF MIAMI INC, a Florida corporation,
THOMAS R GIGLIOTTI, JR.,
Individually.,

    Defendant.

_____/

GENERAL JURISDICTION DIVISION

CASE NO.: 2020-003748-CA-01

Brick
2-24-20
292663   SERVED
DATE: 2/25
TIME: 12:39P
WHO: NP. #19-885400

## SUMMONS

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint in this action on Defendant:

    **PARKING MANAGEMENT SERVICES OF MIAMI INC.,**
    c/o its Registered Agent Glenn Scheuermann
    101 E. Kennedy Blvd # 2700
    Tampa, FL 33602

    A lawsuit has been filed against you. You have **20 Calendar Days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney

right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written responses to the Plaintiff's Attorney named below:

HENRY HERNANDEZ, ESQ.<br>
LAW OFFICE OF HENRY HERNANDEZ, P.A<br>
Counsel for Plaintiff<br>
2655 S. LeJeune Road, Suite 802<br>
Tel. (305) 771-3374<br>
Fax: (305) 723-9697

**TO THE STATE OF FLORIDA**

**TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.**

**DATED ON** 2/21/2020 , 2020.

Clerk of said Court

By: _____
Deputy Clerk