UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-21141-UU

YADIRA VALCARCEL,

    Plaintiff,

v.

PARKING MANAGEMENT SERVICES
OF MIAMI, INC., *et al.,*

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT
## AND RECOMMENDATION AND DISMISSING CASE

THIS CAUSE is before the Court upon Magistrate Judge O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case be Dismissed with Prejudice, D.E. 29.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On May 27, 2020, the Honorable John J. O'Sullivan, Chief United States Magistrate Judge, issued an order following the settlement conference in this case, which: (1) approved the parties' settlement agreement, including attorney's fees and costs, under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), pursuant to *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-1353 (11th Cir. 1982); and (2) recommended that the undersigned dismiss this case with prejudice, while retaining jurisdiction until July 13, 2020, to enforce the terms of the settlement. D.E. 29.

The Court has made a review of the entire file and record herein and agrees with Chief Magistrate Judge O'Sullivan's recommendation. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation, D.E. 29, is RATIFIED, AFFIRMED and ADOPTED. It is further

ORDERED AND ADJUDGED that this case is HEREBY DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction until **July 13, 2020** to enforce the terms of the settlement. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _27th_ day of May, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record